# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 24, 2023

### NO. 03-22-00700-CV

**M. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND JONES**
**REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order terminating parental rights signed by the trial court on October 26, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order terminating parental rights and remands the case to the trial court for rendition of an order consistent with Section 161.205 of the Family Code. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.